[No. 31655-6-I.   Division One.   September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN K. RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-02923-1, Michael J. Fox, J., entered October 13, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Webster, JJ.

[No. 31782-2-I.   Division One.   September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERYL KAY DICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-02402-7, Jim Bates, J., entered November 30, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.

[No. 32069-6-I.   Division One.   September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent* v. JEREMY R. MEDLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00637-0, John F. Wilson, J., entered December 11, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Cox, J.